KC

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 125**

In the Matter of                                              Case Number:

VANESSA SANDERS,

vs.

ZURICH NORTH AMERICA.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VANESSA SANDERS

**JUDGE DOW**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
| --- |
| George S. Frederick |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ George S. Frederick |
| FIRM |
| MIRABELLA, KINCAID, FREDERICK & MIRABELLA, P.C. |
| STREET ADDRESS |
| 1737 S. NAPERVILLE ROAD, SUITE 100 |
| CITY/STATE/ZIP |
| Wheaton, IL 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06255949 | 630/665-7300 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐