**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **VANESSA SANDERS,** | ) | |
| | ) | **Case No. 08 CV 125** |
| **Plaintiff,** | ) | |
| | ) | **Judge Robert M. Dow, Jr.** |
| **v.** | ) | |
| | ) | **Magistrate Judge Morton Denlow** |
| **ZURICH AMERICAN INSURANCE CO.,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**NOTICE OF MOTION**</u>

TO:    George S. Frederick
       mkpclaw@aol.com
       Mirabella, Kincaid, Frederick & Mirabella, P.C.
       1737 S. Naperville Rd., Suite 100
       Wheaton, IL 60187

       **PLEASE TAKE NOTICE** that on **Thursday, March 13, 2008, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Judge Robert M. Dow, Jr., or any judge sitting in his stead, in Room 1919 of the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and present the Agreed Motion For An Extension of Time For Defendant To Answer or Otherwise Plead.

                          Respectfully submitted,

                          **DEFENDANT ZURICH AMERICAN
                          INSURANCE COMPANY, INC.**


                          By:    */s/ Ami N. Wynne*
                                 One of Its Attorneys

Nigel F. Telman
Ami N. Wynne
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated:  March 10, 2008

# CERTIFICATE OF SERVICE

I, Ami N. Wynne, one of the attorneys for Defendant Zurich American Insurance

Company Inc., certify that I caused the foregoing Notice of Motion for Agreed Motion For An

Extension of Time For Defendant To Answer or Otherwise Plead to be served by upon counsel

for Plaintiff by electronic filing:

> George S. Frederick
> mkpclaw@aol.com
> Mirabella, Kincaid, Frederick & Mirabella, P.C.
> 1737 S. Naperville Rd., Suite 100
> Wheaton, IL 60187

this 10th  day of March, 2008.

_____/s/ Ami N. Wynne_____

2