**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Vanessa Sanders
                    Plaintiff,

v.                                  Case No.: 1:08–cv–00125
                                       Honorable Robert M. Dow Jr.

Zurich North America
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

        MINUTE entry before Judge Robert M. Dow Jr.: Motions terminated: MOTION by Defendant Zurich North America for extension [10] of time to file answer regarding complaint is granted to and including 3/21/08. Status hearing date of 3/13/08 is stricken and Status hearing reset for 3/27/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.