IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VANESSA SANDERS, ) | |
| ) | Case No. 08 CV 125 |
| Plaintiff, ) | |
| ) | Judge Robert M. Dow, Jr. |
| v. ) | |
| ) | Magistrate Judge Morton Denlow |
| ZURICH AMERICAN INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff Vanessa Sanders and Defendant Zurich American Insurance Company, by their respective attorneys, state that the parties have reached a settlement of this case, and hereby stipulate and agree that the above-captioned action shall be dismissed in its entirety with prejudice and without costs, each party to bear its own costs and attorneys' fees.

| ATTORNEY FOR PLAINTIFF<br>VANESSA SANDERS | ATTORNEY FOR DEFENDANT<br>ZURICH AMERICAN INSURANCE<br>COMPANY |
|---|---|
| By:  /S/ George Frederick | By:  /S/ Ami N. Wynne |
| George S. Frederick<br>Mirabella, Kincaid, Frederick &<br>Mirabella, P.C.<br>1737 S. Naperville Road<br>Suite 100<br>Wheaton, IL 60187<br>(630) 665-7300<br>mkpclaw@aol.com | Nigel F. Telman<br>Ami N. Wynne<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br>ntelman@sidley.com<br>awynne@sidley.com |

CH1 4182138v.1