## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VANESSA SANDERS,             ) | |
| ) | **Case No. 08 CV 125** |
| Plaintiff,       ) | |
| ) | **Judge Robert M. Dow, Jr.** |
| v.                           ) | |
| ) | **Magistrate Judge Morton Denlow** |
| ZURICH AMERICAN INSURANCE CO., ) | |
| ) | |
| Defendant.    ) | |

### NOTICE OF FILING

To:   Ms. Ami Wynne, Sidley, Austin LLP, One South Dearborn Street, Chicago, IL 60603

Judge Dow, Attn: Deputy Theresa Kinney, Courtroom 1914, Everett McKinley Dirksen, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604

PLEASE TAKE NOTICE that on **March 24, 2008**, we will file with the Clerk of the United States District Court Northern District Eastern Division the attached **Stipulation of Dismissal**, a copy of which is hereby served upon you.

/S/ George S. Frederick_____
George S. Frederick

Mirabella, Kincaid, Frederick & Mirabella, P.C.
Attorney for Complainant
1737 S. Naperville Road, Suite 100
Wheaton, IL 60187

### PROOF OF SERVICE

On **March 24, 2008**, I, the undersigned, on oath state that I served this notice to the above-named attorney by mailing same by U.S. Mail at Wheaton, Illinois.

SUBSCRIBED and SWORN to
before me this **24TH** day
of **March, 2008**.

_____
Notary Public