## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 125 | **DATE** | 3/24/08 |
| **CASE TITLE** | Vanessa Sanders vs. Zurich American Ins. Co. | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation of Dismissal [13], ENTER ORDER OF DISMISSAL: the above-captioned cause of action is hereby dismissed in its entirety with prejudice and without costs, each party to bear its own costs and attorneys' fees. Status hearing date of 3/27/08 is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|