

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VANESSA SANDERS,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE CO.,<br><br>    Defendant. | Case No. 08 CV 125<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Morton Denlow |

### ORDER OF DISMISSAL

The parties having so stipulated, the above-captioned cause of action is hereby dismissed in its entirety with prejudice and without costs, each party to bear its own costs and attorneys' fees.

So Ordered.

_____
Judge Robert M. Dow, Jr.

Dated: March 24, 2008

CHI 4182165v.1